60 So.2d 913

**ALABAMA PUBLIC SERVICE COMMISSION v. ATLANTIC COAST LINE RAILROAD CO.**

3 Div. 616.

Supreme Court of Alabama.

Oct. 17, 1952.

Si Garrett, Atty. Gen., and M. Roland Nachman, Jr., Asst. Atty. Gen., for appellant.

Evans Hinson, Montgomery, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

LIVINGSTON, C. J., and BROWN, LAWSON and STAKELY, JJ., concur.

62 So.2d 922

**ALABAMA PUBLIC SERVICE COMMISSION et al. v. SOUTHERN R. CO.**

3 Div. 609.

Supreme Court of Alabama.

Nov. 26, 1952.

Si Garrett, Atty. Gen., for appellants.

Meade Whitaker, Birmingham, for appellee.

PER CURIAM.

Appeal dismissed.

60 So.2d 913

**Ex parte Theodore C. BOWEN.**

**STATE ex rel. BOWEN v. BOARD OF EDUCATION, RANDOLPH COUNTY.**

5 Div. 540.

Supreme Court of Alabama.

June 17, 1952.

Arthur D. Shores and Peter A. Hall, Birmingham, for petitioner.

Paul J. Hooton, Roanoke, for appellees.

PER CURIAM.

Writ denied.

LIVINGSTON, C. J., and BROWN, FOSTER and STAKELY, JJ., concur.

60 So.2d 913

**Leo M. BROWN v. Thomas L. COOK et al.**

1 Div. 514.

Supreme Court of Alabama.

June 26, 1952.

PER CURIAM.

Appeal dismissed.

All Justices concur.